69 So.2d 485

**Joe Thomas COPELAND v. STATE.**

7 Div. 200.

Supreme Court of Alabama.

Nov. 5, 1953.

Rehearing Denied Jan. 21, 1954.

Roy D. McCord and Rowan S. Bone, Gadsden, for petitioner.

Si Garrett, Atty. Gen., and Wm. H. Sanders, Asst. Atty. Gen., opposed.

PER CURIAM.

Petition of Joe Thomas Copeland for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Copeland v. State, 69 So.2d 484.

After a careful consideration of the opinion and all matters before us for review, we are persuaded the petition must be denied.

LIVINGSTON, C. J., and LAWSON, STAKELY and MERRILL, JJ., concur.

___

69 So.2d 902

**Ex parte Thelma J. DRAKE.**

6 Div. 655.

Supreme Court of Alabama.

Oct. 28, 1953.

Victor H. Smith and Kelvie Appelbaum, Birmingham, for petitioner.

PER CURIAM.

Rule nisi denied, petition dismissed.

___

72 So.2d 111

**R. B. GREEN v. STATE.**

8 Div. 762.

Supreme Court of Alabama.

April 22, 1954.

H. T. Foster, Scottsboro, for petitioner.

Si Garrett, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., opposed.

GOODWYN, Justice.

Petition of R. B. Green for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Green v. State, 72 So.2d 107.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and MERRILL, JJ., concur.